1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:          matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  WARNER BROS. RECORDS INC.;
   INTERSCOPE RECORDS; VIRGIN
8  RECORDS AMERICA, INC.; LAFACE
   RECORDS LLC; ARISTA RECORDS
9  LLC; and UMG RECORDINGS, INC.
10

11              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
12                   OAKLAND DIVISION
13

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; LAFACE RECORDS LLC, a Delaware limited liability company; ARISTA RECORDS LLC, a Delaware limited liability company; and UMG RECORDINGS, INC., a Delaware corporation,<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br><br>CHAD DECKER,<br>　　　　　　　Defendant. | CASE NO. C 07-04292 WDB<br><br>**The Honorable Wayne D. Brazil**<br><br>*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Ex Parte Application and [Proposed] Order
Case No. C 07-04292 WDB
#33653 v1

1  Plaintiffs respectfully request that the Court continue the case management conference currently set for November 26, 2007, at 4:00 p.m. to January 28, 2008. Plaintiffs filed the Complaint against Defendant Chad Decker ("Defendant") on August 21, 2007. Defendant was served with the Summons and Complaint on October 28, 2007, by personal service. Defendant has not yet answered or otherwise responded to the Complaint, and has until November 19, 2007 to do so. Given these circumstances, a case management conference on November 26, 2007 would be premature. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for November 26, 2007, at 4:00 p.m. to January 28, 2008, or to such other time as the Court may deem proper.

Dated: November 6, 2007

HOLME ROBERTS & OWEN LLP

By: _____/s/ Matthew Franklin Jaksa____
Matthew Franklin Jaksa
Attorney for Plaintiffs

### ORDER

Good cause having been shown:

**IT IS ORDERED** that the Case Management conference currently scheduled for November 26, 2007, at 4:00 p.m. be continued to January 28, 2008. , at 4:00 p.m.

Dated: 11-7-07

By: _____*Wayne D. Brazil*_____
Honorable Wayne D. Brazil
United States Magistrate Judge