Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          matt.jaksa@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
WARNER BROS. RECORDS INC.;
INTERSCOPE RECORDS; VIRGIN
RECORDS AMERICA, INC.; LAFACE
RECORDS LLC; ARISTA RECORDS
LLC; and UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; LAFACE RECORDS LLC, a Delaware limited liability company; ARISTA RECORDS LLC, a Delaware limited liability company; and UMG RECORDINGS, INC., a Delaware corporation,<br>                    Plaintiffs,<br><br>     v.<br><br>CHAD DECKER,<br>                    Defendant. | CASE NO. C 07-04292 WDB<br><br>**PROOF OF SERVICE** |

Proof of Service
Case No.  C 07-04292
#31913 v1

1  **PROOF OF SERVICE**

2  STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

3  I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am
4  over the age of eighteen years and not a party to the within action. My business address is 560
5  Mission Street, 25th Floor, San Francisco, CA 94105.

6  On November 13, 2007, I served the foregoing documents described as:

7  **EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE; and**
8  **ORDER GRANTING EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT**
9  **CONFERENCE**

10  on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed
11  envelope addressed as follows:

**Chad Decker**
**206 Dursey Drive**
**Pinole, CA  94564**

15  ☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and
16  processing correspondence for mailing. Under that practice it would be deposited with U.S. postal
17  service on that same day with postage thereon fully prepaid at San Francisco, California in the
18  ordinary course of business. I am aware that on motion of the party served, service is presumed
19  invalid if postal cancellation date or postage meter date is more than one day after date of deposit for
20  mailing in affidavit.

21  ☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this
22  court at whose direction the service was made.

23  Executed on November 13, 2007 at San Francisco, California.

_____
Molly Morris

Proof of Service
Case No. C 07-04292
#31913 v1